THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARMINE TESTA, Appellant.— Judgment of conviction of the County Court of Richmond county

affirmed. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.